IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>TOMAS CASTILLO-MARTINEZ,<br><br>           Defendant. | 8:25MJ377<br><br>**ORDER** |

      **THIS MATTER** is before the court on the motion of Cheryl M. Kessell to withdraw as counsel for the defendant, Tomas Castillo-Martinez (Filing No. 17). Chinedu Igbokwe has filed an entry of appearance as retained counsel for Tomas Castillo-Martinez. Therefore, Cheryl M. Kessell's motion to withdraw (Filing No. 17) will be granted.

      Cheryl M. Kessell shall forthwith provide Chinedu Igbokwe any discovery materials provided to the defendant by the government and any such other materials obtained by Cheryl M. Kessell which are material to Tomas Castillo-Martinez's defense.

      The clerk shall provide a copy of this order to Chinedu Igbokwe.

      **IT IS SO ORDERED.**

Dated this 1st day of July, 2025.

                                                                BY THE COURT:

                                                                 s/ Ryan C. Carson<br>
                                                                 United States Magistrate Judge